PD-0771-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 22 2015

Abel Acosta, Clerk

5-25-15

FIFTH COURT OF APPEALS, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TEXAS 78711

GEORGIA L JONES #1846642   CAUSE NO. W09-71128-M (A)
HILLTOP UNIT BIBI5
GATESVILLE, TEXAS 76598

RECEIVED
Court of Appeals

JUN 17 2015

Lisa Matz
Clerk, 5th District

DEAR CLERK:

ENCLOSED PLEASE FIND MY PRO SE DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW AND A REQUEST FOR
APPOINTMENT OF COUNSEL. PLEASE FILE THESE MOTIONS AND BRING THEM
TO THE ATTENTION OF THE COURT.
PLEASE DATE STAMP THIS LETTER AND RETURN IT TO ME AT MY ADDRESS
SHOWN BELOW.
I ALSO REQUEST THAT YOU NOTIFY ME OF THE COURT'S RULING ON MY MOTIONS.

SINCERELY,                    CC:

                              ATTORNEY FOR STATE        ATTORNEY PROSECUTING
GEORGIA L. JONES, PRO SE      SUSAN HAWK                P.O. BOX 12405
HILLTOP UNIT BIBI5            133 N. RIVERFRONT         AUSTIN, TEXAS 78711
1500 STATE SCHOOL RD.         DALLAS, TEXAS 75207
GATESVILLE, TEXAS 76598

Cause No. W09-71128-M (A)

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

GEORGIA L. JONES
VS.

THE STATE OF TEXAS

FROM APPEAL No. 05-13-0042-CR
TRIAL CAUSE No. F09-71128-M
DALLAS COUNTY, TEXAS

REQUEST FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, GEORGIA L. JONES, PETITIONER AND FILES THIS MOTION FOR
AN REQUEST FOR APPOINTMENT OF COUNSEL. IN SUPPORT OF THIS MOTION
PETITIONER SHOWS THE COURT OF APPEALS THE FOLLOWING:

I.

PETITIONER, GEORGIA L. JONES, DOES NOT OWN SUFFICIENT FUNDS OR
ASSETS TO HIRE AN ATTORNEY TO REPRESENT PETITIONER'S INTEREST IN
THIS APPEAL, AND PETITIONER IS THEREFORE UNABLE TO SECURE THE
SERVICES OF AN ATTORNEY TO REPRESENT HER.

BEING INDIGENT, PETITIONER MOVES THE COURT TO APPOINT AN ATTORNEY TO REPRESENT HER SHOULD THE COURT GRANT HER A HEARING ON THIS MOTION. ATTACHED TO THIS MOTION IS A DECLARATION OF INABILITY TO PAY COST.

WHEREFORE, PREMISES CONSIDERED, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND APPOINT AN ATTORNEY TO REPRESENT HER IN THIS APPEAL.

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING REQUEST FOR APPOINTMENT OF COUNSEL HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, FIRST CLASS, TO THE ATTORNEY FOR STATE, SUSAN HAWK, AT FRANK CROWLEY COURTS BUILDING, 133 N. RIVERFRONT BLVD, LB 19, DALLAS, TEXAS 75207, AND TO THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405 AUSTIN, TEXAS 78711 ON THIS THE 25th DAY OF MAY, 2015.

I, GEORGIA L. JONES, #1846642, BEING PRESENTLY INCARCERATED IN THE DEPARTMENT OF CRIMINAL JUSTICE, HILLTOP UNIT IN GATESVILLE COUNTY, TEXAS, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON MAY 25, 2015.

GEORGIA L. JONES, PETITIONER, PRO SE
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
HILLTOP UNIT #1846642
GATESVILLE, TEXAS COUNTY

## II.

THE PRESENT DEADLINE FOR FILING THE PETITION REVIEW IS THIRTY (30) DAYS. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

## III.

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF THE DECISION OF THE COURT OF APPEALS IN AFFIRMING HER CASE UNTIL JUNE 12, 2014. SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HER ATTORNEY ON THE APPEAL, RIANN C. MOORE, HAS INFORMED THE PETITIONER THAT SHE WILL NOT REPRESENT HER ON THE PETITION FOR DISCRETIONARY REVIEW.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN W09-71128-M (A) TO SEPTEMBER 30, 2015.

GEORGIA L. JONES, PETITIONER, PRO SE
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE HILLTOP UNIT #1846642
GATESVILLE, TEXAS COUNTY